**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| NATHAN P. GOLDSTEIN, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' BENEFIT FUNDS,<br>Plaintiff,<br><br>v.<br><br>ESSENTIAL DEMO, INC.,<br>Defendant,<br><br>and<br><br>RISE CONSTRUCTION MANAGEMENT INC.,<br>Reach-and-Apply Defendant. | ) | C.A. No. 24-cv-10248-FDS |

**PARTIALLY ASSENTED-TO MOTION FOR LEAVE TO REPLY TO RISE CONSTRUCTION MANAGEMENT INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR A FINDING OF CIVIL CONTEMPT AGAINST RISE CONSTRUCTION MANAGEMENT INC. AND A CONDITIONAL FINE TO COMPEL ITS COMPLIANCE WITH THE COURT'S PRIOR ORDER**

Pursuant to Local Rule 7.1(b)(3), Plaintiff Nathan P. Goldstein, as he is Executive Director, Massachusetts Laborers' Benefit Funds ("Plaintiff" or "Funds"), respectfully requests that this Court grant him leave to file a short reply brief in response to the Reach-and-Apply Defendant Rise Construction Management Inc. ("Rise")'s Opposition ("Opposition") to Plaintiff's Motion for a Finding of Civil Contempt Against Rise Construction Management Inc. and a Conditional Fine to Compel its Compliance with the Court's Prior Order ("Contempt Motion") (ECF No. 42). Plaintiff states as follows:

1. On May 13, 2025, the Court issued a Preliminary Injunction Order ("Order") requiring Rise to (1) deposit $319,744.74 into escrow with the Court and (2) provide Plaintiff

with an accounting of all amounts owed to Defendant Essential Demo, Inc. ("Essential"). ECF No. 41.

2. Since the Court's Order, Rise has not deposited any money into escrow with the Court, has not provided Plaintiff with an accounting of all amounts owed to Essential, and has ignored all of Plaintiff's communication on the matter.

3. Plaintiff filed the Contempt Motion on June 16, 2025. ECF No. 42. The Contempt Motion requests that the Court (1) find Rise in contempt of the Court's May 13, 2025 Order, (2) order Rise to immediately, and by no later than June 20, 2025, deposit the $319,744.74 into escrow and provide the ordered accounting to Plaintiff, (3) order Rise to pay $15,147.24 for the attorney's fees and costs incurred by Plaintiff in seeking to enforce the Court's Order, and (4) issue a conditional daily fine to compel Rise to comply with the Court's Order.

4. On June 30, 2025, Rise filed an Opposition to the Contempt Motion. ECF No. 45.

5. The Opposition includes assertions about the amount allegedly remaining due to the Plaintiff and about Rise's own financial condition which Plaintiff would like an opportunity to respond.

6. Plaintiff believes a short reply brief would be helpful to the Court's consideration of this matter, and no party will be prejudiced by Plaintiff filing a reply.

7. Counsel for Essential assents to Plaintiff's request for leave to reply.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file a reply to Rise's Opposition to Plaintiff's Motion for a Finding of Civil Contempt Against Rise Construction Management Inc. and a Conditional Fine to Compel its Compliance with the Court's Prior Order.

Respectfully submitted,

NATHAN P. GOLDSTEIN, as he is
EXECUTIVE DIRECTOR, MASSACHUSETTS
LABORERS' BENEFIT FUNDS,

By his Attorneys,

/s/ Sasha N. Gillin
Sasha N. Gillin, BBO No. 690769
Sophie C. Esquier, BBO No. 698875
SEGAL ROITMAN, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111
(617) 742-0208, Ext. 258
sgillin@segalroitman.com
sesquier@segalroitman.com

ASSENTED TO BY:

ESSENTIAL DEMO, INC.,

By its Attorney,

/s/ Sam S. Calandra
Sam S. Calandra, BBO No. 685743
Calandra, P.C.
96 Cottage Street
Hudson, MA 01749
(978) 273-2309
sscalandra@calandrapc.com

Dated: July 2, 2025

## L.R. 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, this is to certify that Plaintiff's counsel conferred with counsel for the Defendant and Reach-and-Apply Defendant prior to this filing.

/s/ Sasha N. Gillin
Sasha N. Gillin, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Partially Assented-To Motion for Leave to Reply to Rise Construction Management Inc.'s Opposition to Plaintiff's Motion for a Finding of

Civil Contempt Against Rise Construction Management Inc. and a Conditional Fine to Compel its Compliance with the Court's Prior Order has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 2nd day of July, 2025.

/s/ Sasha N. Gillin
Sasha N. Gillin, Esquire

SNG/sce,sng,&ts
6306-23233/motion-leave-reply-rise-opp-motion-contempt.doc