UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NATHAN P. GOLDSTEIN, <br> as Executive Director, Massachusetts <br> Laborers' Benefit Funds, <br><br> Plaintiff, <br><br> v. <br><br> ESSENTIAL DEMO, INC., <br><br> Defendant, and <br><br> RISE CONSTRUCTION MANAGEMENT, INC., <br><br> Reach-and-Apply Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 24-10248-FDS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**REMEDIAL ORDER NO. 1 ON**
**REACH-AND-APPLY DEFENDANT'S CIVIL CONTEMPT**

**SAYLOR, J.**

On September 22, 2025, the Court found reach-and-apply defendant Rise Construction Management, Inc. to be in contempt of court for willfully and knowingly violating the preliminary injunction entered on May 13, 2025.

As an initial remedy, and subject to further remedial or other orders, the Court hereby orders that by close of business on October 3, 2025, Rise Construction Management, Inc., shall produce to opposing counsel:

- Statements of all bank accounts, bank account equivalents (for example, money-market accounts), or other liquid-asset accounts owned or controlled by Rise Construction Management, Inc., or any other entity having common ownership or

control with Rise Construction Management, Inc., for the period from May 1, 2025, to September 22, 2025.  Such statements shall include, but not be limited to, information concerning transfers from such accounts to the owners or corporate officers of Rise Construction Management, Inc.; and

- The accounting called for in the Order of May 13, 2025—that is, "an accounting of all amounts owed to Essential [Demo, Inc.]," to be made under oath and attested to and signed by the President of Rise Construction Management, Inc.

The parties shall file a report by October 10, 2025, indicating the status of this matter, including whether Rise Construction Management, Inc., has complied in full with the terms of this order.

**So Ordered.**

Dated:  September 22, 2025

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge