UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NATHAN P. GOLDSTEIN,<br>as Executive Director, Massachusetts<br>Laborers' Benefit Funds,<br><br>    Plaintiff,<br><br>    v.<br><br>ESSENTIAL DEMO, INC.,<br><br>    Defendant, and<br><br>RISE CONSTRUCTION MANAGEMENT,<br>INC.,<br><br>    Reach-and-Apply Defendant. | Civil Action No.<br>24-10248-FDS |

### REMEDIAL ORDER NO. 2 ON
### REACH-AND-APPLY DEFENDANT'S CIVIL CONTEMPT

**SAYLOR, J.**

On September 22, 2025, the Court found reach-and-apply defendant Rise Construction Management, Inc., to be in contempt of court for willfully and knowingly violating the preliminary injunction entered on May 13, 2025. The Court then entered a remedial order requiring that Rise Construction Management provide, by October 3, 2025, certain account statements to plaintiff, along with the accounting of all amounts owed by Rise Construction Management to defendant Essential Demo, Inc., that was originally required by the Court's May 13 preliminary injunction. (*See* Dkt. No. 50).

On October 15, 2025, the Court held a status conference. At that conference, the parties indicated that, as of October 15, Rise Construction Management still had not yet provided the

documents and information to plaintiff.  Rise Construction Management had actual notice, through counsel, of the September 22 remedial order, and failed to provide good cause why it had not complied with its terms.  Therefore, the Court finds Rise Construction Management, Inc., to be in further contempt of court for willfully and knowingly violating the Court's Remedial Order No. 1 entered on September 22, 2025.

As a further remedy, and subject to further remedial or other orders, Rise Construction Management, Inc., is hereby fined $1,000 per day, beginning tomorrow, October 16, 2025, at 5:00 p.m., until such time as it complies fully with the Court's Remedial Order No. 1 entered on September 22, 2025.  All payments shall be made payable to the Clerk of Court.

The Court will hold a further hearing concerning Rise Construction Management's contempt on October 24, 2025, at 11:00 a.m., in Courtroom 1 at the John J. Moakley United States Courthouse in Boston, Massachusetts.  James Grossman, the Chief Executive Officer of Rise Construction Management, Inc., is ORDERED to appear personally at that hearing as a representative of Rise Construction Management, Inc., in addition to counsel.

**So Ordered.**

Dated:  October 15, 2025

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge