**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Nathan P. Goldstein,**
**Plaintiff,**

**v.**

**Civil Action No. 1:24-cv-10248-FDS**

**Essential Demo, Inc. et al.,**
**Defendants.**

**SETTLEMENT ORDER OF DISMISSAL AS TO RISE CONSTRUCTION MANAGEMENT INC.**

**SAYLOR, C. J.**

The Court having been advised on January 16, 2026, that the above-entitled action has been settled.

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

1/21/2026
Date

/s/Melonie Cooke
Deputy Clerk