**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATHAN P. GOLDSTEIN, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' BENEFIT FUNDS, Plaintiff, | C.A. No. 24-cv-10248-FDS |
| v. | |
| ESSENTIAL DEMO, INC., Defendant, | |
| and | |
| RISE CONSTRUCTION MANAGEMENT INC., Reach-and-Apply Defendant. | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ESSENTIAL DEMO, INC.**

Pursuant to Federal Rule of Civil Procedure 55(b)(1), the Plaintiff Nathan P. Goldstein, as he is Executive Director, Massachusetts Laborers' Benefit Funds ("Funds"), respectfully requests that the Clerk enter default judgment against Defendant Essential Demo, Inc. ("Essential"), holding it liable for unpaid contributions, interest, liquidated damages, and reasonable attorney's fees and costs, as follows:

| | | |
|---|---|---|
| A. | Unpaid contributions owed to the Funds for the period February 2024 through March 2025 | $79,501.65 |
| B. | Prejudgment interest on the unpaid contributions, as provided by the collective bargaining agreement and mandated by 29 U.S.C. §1132(g)(2)(B) | $28,709.12 |
| C. | Liquidated damages, as provided by the collective bargaining agreement and mandated by 29 U.S.C. §1132(g)(2)(C)(ii) | $28,709.12 |
| D. | Attorney's fees and costs, as provided by the collective bargaining agreement and mandated by 29 U.S.C. §1132(g)(2)(D) | $92,964.37 |
| | **TOTAL** | **$229,884.26** |

In the alternative, Plaintiff respectfully moves the Court to enter default judgment against Essential without a hearing pursuant to Fed. R. Civ. P. 55(b)(2). In support of this Motion, the Funds submit herewith the Second Affidavit of the Funds' Auditing Director Colin McAnarney showing that Plaintiff's claim is for a sum certain and the Affidavit of Sasha N. Gillin setting forth the attorney's fees and costs incurred in this matter and that Essential is not a minor, incompetent person, or in the military service. In further support, the Funds submit a Memorandum of Law and a proposed Order.

WHEREFORE, Plaintiff respectfully requests that default judgment be entered against Defendant Essential Demo, Inc.

Respectfully submitted,

NATHAN P. GOLDSTEIN, as he is
EXECUTIVE DIRECTOR, MASSACHUSETTS
LABORERS' BENEFIT FUNDS,

By his Attorneys,

/s/ Sasha N. Gillin
Sasha N. Gillin, BBO No. 690769
Nico J. Marulli, BBO No. 713396
SEGAL ROITMAN, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111
(617) 603-1428
sgillin@segalroitman.com
nmarulli@segalroitman.com

Dated: May 26, 2026

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Plaintiff's Motion for Default Judgment has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by certified and first class mail, postage prepaid, upon the Defendant, Essential Demo, Inc., 65 Parker Street, Unit 1R, Newburyport, MA 01950 on this 26th day of May, 2026.

/s/ Sasha N. Gillin
Sasha N. Gillin, Esquire

SNG/nm,sng&ts 6306-23233/motion-dj.doc