**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

NATHAN P. GOLDSTEIN, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' BENEFIT FUNDS,
Plaintiff,

v.

ESSENTIAL DEMO, INC.,
Defendant,

and

RISE CONSTRUCTION MANAGEMENT INC.,
Reach-and-Apply Defendant.

C.A. No. 24-cv-10248-FDS

**DEFAULT JUDGMENT**

Defendant Essential Demo, Inc., having failed to be represented by counsel in this action and its default having been entered, now upon application of Plaintiff and affidavits demonstrating that Defendant Essential Demo, Inc. owes Plaintiff the sum of $229,884.26, that the Defendant is not a minor, an incompetent person, or in the military service of the United States,

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant outstanding principal fringe benefit contributions in the amount of $79,501.65, interest on those delinquent contributions at rate of 10 percent per annum in the amount of $28,709.12, liquidated damages of $28,709.12, and attorney's fees and costs of $92,964.37, for a total judgment of $229,884.26 with interest as provided by law.

[signature]
United States District Court
for the District of Massachusetts

Dated: 7/17/26

Note: The post judgment interest rate effective this date is 4.03%.